# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clark , <br><br> Plaintiff, <br> vs. <br> Homecomings Financial, LLC et al, <br><br> Defendant. | CASE NO. 08-cv-1687 - IEG (NLS) <br><br> ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT |

On November 26, 2008, the Court received plaintiff's Amended Complaint. (Doc. No. 8). Therefore, the court **DENIES** defendant's motion to dismiss as moot and **VACATES** the hearing set for December 8, 2008 at 10:30 a.m.

**IT IS SO ORDERED**

DATED: December 2, 2008

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court